_____

No. 95-4036
_____

Connecticut Indemnity Company,      *
                                    *
          Plaintiff-Appellee,       *
                                    *
     v.                             *
                                    *
Harris Transport Company,      *
                                    *
          Defendant-Appellant,      * Appeal from the United States
                                    * District Court for the
Mitchell Hogan; Ralph C. Hogan,     * Western District of Arkansas.
                                    *
          Defendants,               *          [UNPUBLISHED]
                                    *
Vanliner Insurance Company,         *
                                    *
          Defendant-Appellant,      *
                                    *
Dorothy Ella (Dot) Thomas,     *
Personal Representative estate      *
of Kenneth Thomas,                  *
                                    *
          Defendant-Appellee.       *


_____

               Submitted:  February 20, 1997

               Filed:      March 14, 1997
_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
_____

PER CURIAM.

     Harris Transport Company and Vanliner Insurance Company appeal the
district court's[1] grant of summary judgment to Connecticut Indemnity
Company in this declaratory judgment action.  After de

_____

     [1]The Honorable Jimm Larry Hendren, United states District Judge
for the Western District of Arkansas.

novo review, we believe the district court's decision was correct. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

        CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.